**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover          Date: November 14, 2011
Court Reporter:   Paul Zuckerman
Probation Officer: Susan Heckman
Interpreter:      Rose Yan

Criminal Action No. 10-cr-00530-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Guy Till

       Plaintiff,

v.

MING YIN DENG,                             Jeralyn Merritt

       Defendant.

---

**SENTENCING MINUTES**
---

**1:40 p.m.       Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on August 15, 2011. Defendant pled guilty to Count 1 of the Information.** The Government orally moves to dismiss the forfeiture charge against this defendant.

**ORDER:**     The Government's oral motion to dismiss the forfeiture charge against this defendant is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a) **(Doc. #134).** Argument.

Allocution. - Statements made by:     Defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**     Defendant's Motion for Non-Guideline Sentence **(Doc. #134)** is **GRANTED.**

**ORDER:**     **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:**     Defendant's passport will be retained by the Clerk of the Court pending completion of the supervised release term.

The defendant is advised of her right to appeal.

**ORDER:**     Bond is exonerated.

**2:12 p.m.**     **Court in recess.**

Total Time:    32 minutes.
Hearing concluded.