IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No.   10-cr-00530-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    **MING YIN DENG,**
       a/k/a Ming Lin Deng,
       a/k/a Mingyin Deng;
2.    WU MEI MO,
       a/k/a Wumei Mo,

      Defendants.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to time served . As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED this 28th day of November, 2011.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*
                                            _____
                                            Marcia S. Krieger
                                            United States District Judge